PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Darren I. Farley                                        Cr.: 10-CR-558
                                                                         PACTS #: 22678

Name of Sentencing Judicial Officer: Honorable Richard Voorhees, ( Jurisdiction transferred, assigned to Honorable Jose L. Linares

Date of Original Sentence: 10/1/99

Original Offense: 1) Conspiracy to possess with Intent to distribute cocaine and cocaine base within 1,000 feet of a school and playground, 2) Possession with intent to distribute cocaine and aiding and abetting, 3) Possession with intent to distribute cocaine base and aiding and abetting.

Original Sentence: 170 months imprisonment each count concurrent, 5 years supervised release.

Type of Supervision: Supervised Release            Date Supervision Commenced : 12/19/08

## NONCOMPLIANCE SUMMARY
The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On May 16, 2012, Farley was arrested and charged by the Plainfield, N.J. police department with simple assault. This involved the offender hitting Kelly Sullivan with a closed fist. |

U.S. Probation Officer Action: The probation office will monitor Farley closely and keep the court advised as to the status of the pending charges. Farley has been instructed to have no contact with Kelly Sullivan.

Respectfully submitted,
By: Nancy Hildner
Senior U.S. Probation Officer
Date: 5/22/12

*No Response is necessary unless the court directs that additional action be taken as follows:*
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other MONITOR BUT NO ACTION AT THIS TIME

Signature of Judicial Officer
5/20/12
Date